**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ALEJANDRO VALERIO REYES,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-1432-SLP |

**<u>O R D E R</u>**

Petitioner filed his Petition for Writ of Habeas Corpus on June 15, 2026 [Doc. No. 1]. On July 6, 2026, Respondents filed a Response. [Doc. No. 6]. United States Magistrate Judge Suzanne Mitchell entered a Report and Recommendation [Doc. No. 11] (R&R) recommending that the Court dismiss the Petition as moot due to Petitioner having been released from custody on July 8, 2026. [Doc. No. 11] at 1.

The Magistrate Judge advised Petitioner of his right to object to the R&R and directed any objections to be filed on or before August 20, 2026. *Id.* at 5. The Magistrate Judge further advised Petitioner that any failure to object would waive Petitioner's right to appellate review of the factual and legal issues addressed in the R&R. To date, no objection to the R&R has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010). Upon review, the Court concurs with the analysis set forth in the R&R.

IT IS THEREFORE ORDERED that the R&R [Doc. No. 11] is ADOPTED in its entirety. Petitioner's Petition [Doc. No. 1] is DISMISSED AS MOOT.

IT IS SO ORDERED this 25th day of August, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**